**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-31282

THE LOUISIANA LAND AND EXPLORATION COMPANY,

Plaintiff-Appellee,

VERSUS

PENNZOIL EXPLORATION AND PRODUCTION COMPANY,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-1779-L)

March 9, 1999

Before DAVIS, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for essentially the reasons provided in the district court's Order and Reasons dated October 28, 1997.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.